**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STEVEN M. CLARKE, individually, and SSD CLARKE HOLDINGS, INC, f/k/a/ SUPPLIER MANAGEMENT SOLUTIONS INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **TRIGO U.S. INC. and TRIGO HOLDINGS S.A.S,** <br><br> Defendants. | Case No.: 1:22-cv-01917 (PKC) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, William McHenry Horne hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Steven M. Clarke and SSD Clarke Holdings, Inc. in the above-captioned action.

   I am in good standing of the bars of the states of Indiana and Arizona, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

. . .

. . .

. . .

**RESPECTFULLY SUBMITTED** on May 16, 2022.

**WILENCHIK & BARTNESS, P.C.**

*/s/ William M. Horne*
Dennis I. Wilenchik, Esq. (AZ Bar# 005350)
William M. Horne, Esq. (AZ Bar #033654)
*(Admitted Pro Hac Vice Pending)*
The Wilenchik & Bartness Building
2810 N. Third Street
Phoenix, AZ 85258
Telephone: 602-606-2180
admin@wb-law.com
williamh@wb-law.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, I electronically transmitted the foregoing document to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

By: */s/ Christine M. Ferreira*