UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN M. CLARKE, individually, and SSD CLARKE HOLDINGS, INC, f/k/a/ SUPPLIER MANAGEMENT SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRIGO U.S. INC. and TRIGO HOLDINGS S.A.S, <br><br> Defendants. | Case No.: 1:22-cv-01917 (PKC) <br><br> AFFIDAVIT OF WILLIAM HORNE |

STATE OF ARIZONA            )
                            ) ss.
COUNTY OF MARICOPA          )

   I, William McHenry Horne, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Wilenchik & Bartness.

2. I submit this affidavit in Support of my Motion for Admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of Indiana and Arizona.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My Indiana attorney number, where I am on inactive status, is 26059-49, and my Arizona attorney number is 033654.

8.    Wherefore, this affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-01917 for Plaintiffs Steven M. Clarke and SSD Clarke Holdings, Inc.

I swear, under penalty of perjury that the foregoing statements are true and correct.

FURTHER AFFIANT SAYETH NOT.

**DATED** this 11th day of May, 2022.

_____
William M. Horne

SUBSCRIBED AND SWORN TO before me this 11th day of May 2022, by William M. Horne.

CHRISTINE FERREIRA
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 558272
Expires March 5, 2023

_____
Notary Public

My Commission Expires:
March 5, 2023

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### WILLIAM MCHENRY HORNE

was on the 18th day of April, 2017 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 3rd day of May, 2022.

TRACIE K. LINDEMAN, Clerk

By _____
Liz Gomez
Deputy Clerk III



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **WILLIAM MCHENRY HORNE** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on April 18, 2017 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this **MAY 0 2 2022**

Aaron Nash
Associate Disciplinary Clerk

Margaret Lindsey
Associate Disciplinary Clerk

## DISCIPLINARY HISTORY

It is hereby certified that as of May 2, 2022, there are no disciplinary charges[1] or complaints[2] pending, nor have any ever been filed, against **WILLIAM MCHENRY HORNE,** an active member of the State Bar of Arizona with Bar No. 033654.

DATED this _____ **MAY 0 2 2022**.

Aaron Nash
Associate Disciplinary Clerk

Margaret Lindsey
Associate Disciplinary Clerk

---

[1] "Charge" means any allegation or other information of misconduct or incapacity brought to the attention of the State Bar. See Rule 46(f)4, Ariz. R. Sup. Ct.
[2] "Complaint" means a formal complaint prepared and filed with the disciplinary clerk. See Rule 46(f)7, Ariz. R. Sup . Ct.
[3] "Expunged" means the destruction of all records or other evidence of the existence of a charge or complaint except for a docket entry showing the names of the respondent and complainant, the final disposition, and the date of expunction. See Rule 71(b), Ariz. R. Sup. Ct.



# Office of Admissions & Continuing Education

Bradley Skolnik, Executive Director • 317-232-2552 • courts.in.gov

April 26, 2022

William Horne
Wilenchik & Bartness
28140 N. Third Street
Phoenix, AZ 85004

To whom it may concern:

Under Indiana law, an Indiana attorney may elect to assume "inactive good standing" status by filing an affidavit stating that they are currently in active good standing and that they neither hold judicial office nor are engaged in the practice of law in Indiana. Inactive status allows the attorney to remain on Indiana's "Roll of Attorneys," subject to reactivation at a later date, provided they have: (1) paid one half of the annual attorney registration fee in a timely manner, (2) have complied to that point with the Supreme Court's continuing legal education requirements; and (3) is not then subject to disciplinary action affecting the attorney's good standing.

**We have been asked to certify William McHenry Horne attorney status**. Our records show **William McHenry Horne** elected inactive good standing status on **September 19, 2019** and remains in inactive good standing status as of this date. We can report that **William McHenry Horne** was admitted to the Indiana bar on **May 12, 2006.**

We can also report that our records indicate William McHenry Horne has never been subject to any formal disciplinary proceeding initiated by the Indiana Supreme Court Disciplinary Commission.

Sincerely,

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education

BWS/dl

---

Indiana Supreme Court Office of Judicial Administration
Office of Admissions & Continuing Education • 251 N. Illinois Street, Suite 550 • Indianapolis, IN 46204