UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN M. CLARKE, individually, and SSD CLARKE HOLDINGS, INC, f/k/a/ SUPPLIER MANAGEMENT SOLUTIONS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRIGO U.S. INC. and TRIGO HOLDINGS S.A.S,<br><br>Defendants. | Case No.: 1:22-cv-01917 (PKC)<br><br>ORDER FOR ADMISSION PRO HAC VICE |

The Motion of William McHenry Horne, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Indiana and Arizona; that his contact information is as follows:

Applicant's Name: William McHenry Horne
Firm Name: Wilenchik & Bartness, P.C.
Address: 2810 N. Third Street
City/State/Zip: Phoenix, AZ 85258
Telephone: 602-606-2180
Email: admin@wb-law.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Steven M. Clarke and SSD Clarke Holdings, Inc. in the above entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____        _____
                                United States District Judge