UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
STEVEN M CLARKE, individually, and SSD
CLARKE HOLDINGS, INC, f/k/a SUPPLIER       Case No. 22-cv-01917

                Plaintiffs,

   v.
                                    **NOTICE OF APPEARANCE**

TRIGO U.S. INC. and TRIGO HOLDINGS S.A.S,

                Defendant.
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Plaintiffs Steven M Clarke and SSD Clarke Holdings, Inc., and respectfully requests that all papers in this action be served upon the undersigned at the address stated below.  I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, New York             AMINI LLC
       May 19, 2022

                                        By:  */s Lita Beth Wright*
                                             Lita Beth Wright
                                        131 West 35th Street, 12th Floor
                                        New York, New York 10001
                                        lbwright@aminillc.com
                                        *Attorney for Plaintiffs*