UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
STEVEN M CLARKE, individually, and SSD
CLARKE HOLDINGS, INC, f/k/a SUPPLIER      Case No. 22-cv-01917

                              Plaintiffs,

    v.
                                                  **NOTICE OF APPEARANCE**

TRIGO U.S. INC. and TRIGO HOLDINGS S.A.S,

                              Defendant.
----------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Plaintiffs Steven M Clarke and SSD Clarke Holdings, Inc., and respectfully requests that all papers in this action be served upon the undersigned at the address stated below.  I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, New York          AMINI LLC
       May 19, 2022

                                                    By:   */s Reece Dameron*
                                                       Reece Dameron
                                             131 West 35th Street, 12th Floor
                                             New York, New York 10001
                                             rdameron@aminillc.com
                                             *Attorney for Plaintiffs*