UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEVEN M. CLARKE,

                Plaintiff,               22-cv-1917 (PKC)

   -against-                             ORDER

TRIGO U.S., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

As a result of a pre-trial conference held before the Court on May 25, 2022, the following is ORDERED:

1. At the May 25 conference, the plaintiff was given repeated opportunities to file an amended complaint addressing the deficiencies set forth in the May 5, 2022 letter (Doc 11). Plaintiff declined the invitation.

2. Plaintiff disclaims reliance on an alter ego theory of liability against TRIGO Holdings.

3. Defendants will file their motion to dismiss by June 15, 2022. Plaintiff shall respond by June 29, 2022. Defendants shall reply by July 8, 2022.

4. Discovery will be stayed pending the hearing and determination of the motion to dismiss.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 7, 2022