UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEVEN M. CLARKE, et al.,

                                   Plaintiffs,

                                                                       22-cv-1917 (PKC)

            -against-                                        ORDER

TRIGO U.S. INC., et al.,

                                 Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court does not anticipate conducting a secret trial, in whole or in part. Trial evidence – evidence which a party is offering in its case in chief – should be on the ECF system. This is true for declarations as well as exhibits. (Please look at the summary judgment record in <u>CBF v AMCI</u>, 13-cv-2581 (PKC).) Please read <u>Lugosch</u> decided by the Second Circuit in 2006 and subsequent Circuit case law. The circumstance that a Court does not receive a document into evidence or does not take it into account in its findings of fact and conclusions of law does not cause it to cease to be a "judicial document."

        Subject to a well-placed objection on the rule of completeness, the Court has no objection to the parties offering documents that are redacted or excerpted to omit irrelevant materials (including confidential irrelevant materials). The parties should also consider trimming their exhibits. The Court has no objection to the proposed numbering method.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 13, 2024