UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SSD CLARKE HOLDINGS, INC., f/k/a
SUPPLIER MANAGEMENT SOLUTIONS, INC.,                22 Civ. 1917 (PKC)
               Plaintiffs,

      v.                                                                                    ORDER

TRIGO U.S. INC. and TRIGO HOLDINGS, S.A.S.,
               Defendants.


-----------------------------------------------------------------x
TRIGO U.S. INC.,
               Counterclaimant,
      v.
STEVEN M. CLARKE, and SSD CLARKE
HOLDINGS, INC.,
               Counterclaim Defendants.
-----------------------------------------------------------------x

CASTEL, United States District Judge:

        The Final Pretrial Conference originally scheduled on September 18, 2024 is adjourned to October 9, 2024 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

                                      P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       August 19, 2024