UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEVEN M. CLARKE, et al.,

                Plaintiffs,                        22-cv-1917 (PKC)

    -against-                                <u>ORDER</u>

TRIGO U.S. INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant's motion for summary judgment (ECF 86) is DENIED. The motion's underlying substance will be considered in the Court's decision on the merits following the bench trial held in this action. The Clerk of Court is respectfully directed to terminate the motion at ECF 86.

        SO ORDERED.

<i>[signature]</i><br>
P. Kevin Castel<br>
United States District Judge

Dated: New York, New York,
       February 6, 2025