UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
STEVEN M. CLARKE, individually, and :
SSD CLARKE HOLDINGS, INC., f/k/a :
SUPPLIER MANAGEMENT SOLUTIONS, INC. :
: Case No. 1:22-cv-01917 (PKC) (BCM)
Plaintiffs, :
:
- against - :
: **FINAL JUDGMENT**
TRIGO U.S., INC. :
:
Defendant. :
:
_____ :
:
TRIGO U.S., INC. :
Counterclaimant, :
:
- against - :
:
STEVEN M. CLARKE and SSD CLARKE :
HOLDINGS, INC. :
:
Counterclaim Defendants. :
:
---------------------------------------------------------------x

Pursuant to Federal Rules of Civil Procedure 54 and 58, and consistent with the Findings of Fact and Conclusions of Law entered by the Court on May 21, 2025, Dkt. 120, and the Supplementary Findings of Fact and Conclusions of Law entered by the Court on June 23, 2025, Dkt. 126, IT IS ORDERED, ADJUDGED, and DECREED that:

(1) Judgment in the amount of $2,531,616.41 is entered in favor of TRIGO U.S., Inc. ("TRIGO") as to TRIGO's counterclaim against counterclaim defendants Steven M. Clarke ("Clarke") and SSD Clarke Holdings, Inc. ("SSD") on TRIGO's counterclaim for SSD's breach of contract and Clarke's obligation as a personal guarantor of said contract. Liability on the part of Clarke and SSD is joint and several and includes:

1

    a. $2,000,000 as the primary obligation under the contract, and

    b. $531,616.41 of pre-judgment interest at 9% calculated from July 27, 2022 through the entry of this Judgment.

(2) This Judgment shall bear post-judgment interest from the date it is entered until the date it is fully satisfied in accordance with law.

(3) The Court retains jurisdiction with respect to the determination of reasonable attorneys' fees and costs to which TRIGO is entitled.

(4) All other claims alleged by the parties are dismissed with prejudice.

SO ORDERED.

Dated: New York, New York
July 8, 2025

                                              P. Kevin Castel
                                              United States District Judge